**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LUNA, | ) NO. SA CV 10-01808-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ORANGE COUNTY SUPERIOR COURT, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 15, 2010

*RONALD S.W. LEW*
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE